| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Jaenam Coe, Esq. (SBN175920)<br>Law Offices of Jaenam Coe PC<br>3731 Wilshire Blvd., Suite 910<br>Los Angeles, California 90010<br>Tel: 213-389-1400<br>Fax: 213-387-8778<br>Email address: coelaw@gmail.com<br><br><br>☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor(s)* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA − LOS ANGELES DIVISION**

| In re:<br><br><br>MARIO G. CARDONA<br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:17-bk-22804-WB<br>CHAPTER: 13<br><br>**DECLARATION SETTING FORTH POSTPETITION, PRECONFIRMATION PAYMENTS ON:**<br>**1) DEEDS OF TRUST [OR MORTGAGES]**<br>**2) LEASES ON PERSONAL PROPERTY**<br>**3) PURCHASE MONEY SECURITY LIENS ON PERSONAL PROPERTY**<br>**[LBR 3015-1(e) and LBR 3015-1(m)]**<br><br>[No Hearing Required] |

I, (*Debtor's name*) _____ MARIO G. CARDONA _____ , hereby declare:

1.  I am the debtor in this chapter 13 bankruptcy case that was filed on: __10/18/2017__ .

2.  On the next page I have listed all the payments I have made to secured creditors and lessors since the filing of my chapter 13 petition.

3.  I have provided the name of the secured creditor and/or lessor and the type of obligation to that secured creditor and/or lessor.

4.  I understand that I must update the information on the next page and keep it current until my plan is confirmed.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

5.   The following are the postpetition payments up to the date of plan confirmation (Payments) that I have caused to be mailed/delivered to the appropriate creditors (Creditor)[1]:

| Property Description | Creditor/Type of loan | Payment Amount | Due Date[2] | Date Mailed/ Delivered |
|---|---|---|---|---|
| 10810 Bogardus Avenue Whittier, CA 90603 | Name of Creditor (*printed*): BB&T MORTGAGE _____ (*check one*): ☑ Deed of Trust/Mortgage ☐ Car loan ☐ Lease ☐ Other (*specify*):_____ | $3,613.95 | 10/01/2017 | 10/31/2017 |
| | | $3,613.95 | 11/01/2017 | 11/30/2017 |
| | | $3,613.95 | 12/01/2017 | 12/31/2017 |
| | | $3,613.95 | 01/01/2018 | 01/03/2018 |
| | | | | |
| | Name of Creditor (*printed*): _____ (*check one*) ☐ Deed of Trust/Mortgage ☐ Car loan ☐ Lease ☐ Other (*specify*):_____ | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | Name of Creditor (*printed*): _____ (*check one*) ☐ Deed of Trust/Mortgage ☐ Car loan ☐ Lease ☐ Other (*specify*):_____ | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | Name of Creditor (*printed*): _____ (*check one*) ☐ Deed of Trust/Mortgage ☐ Car loan ☐ Lease ☐ Other (*specify*):_____ | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

---

[1]  Attach additional pages if necessary
[2]  "Due Date" refers to the 1st day the Payment is due.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| Property Description | Creditor/Type of loan | Payment Amount | Due Date[3] | Date Mailed/ Delivered |
|---|---|---|---|---|
| | Name of Creditor (*printed*): | | | |
| | | | | |
| | | | | |
| | (*check one*): | | | |
| | ☐ Deed of Trust/Mortgage | | | |
| | ☐ Car loan | | | |
| | ☐ Lease | | | |
| | ☐ Other (*specify*):_____ | | | |
| | | | | |
| | Name of Creditor (*printed*): | | | |
| | | | | |
| | | | | |
| | (*check one*) | | | |
| | ☐ Deed of Trust/Mortgage | | | |
| | ☐ Car loan | | | |
| | ☐ Lease | | | |
| | ☐ Other (*specify*):_____ | | | |
| | | | | |
| | Name of Creditor (*printed*): | | | |
| | | | | |
| | | | | |
| | (*check one*) | | | |
| | ☐ Deed of Trust/Mortgage | | | |
| | ☐ Car loan | | | |
| | ☐ Lease | | | |
| | ☐ Other (*specify*):_____ | | | |
| | | | | |

6. ☐ Continued on Attached Page.

7. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 01/29/18        By: _____
                                    Signature of Debtor

                                   Mario G. Cardona
                                   Printed Name of Debtor

---

[3] "Due Date" refers to the 1st day the Payment is due.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

## Search Results
**View**

Payments Only

| | Applied Date | Effective Date | Description | Principal | Interest | Escrow | Amount Paid | Escrow Balance | Principal Balance |
|---|---|---|---|---|---|---|---|---|---|
| ⊞ | 10/31/2017 | 10/30/2017 | PAYMENT | $976.37 | $1,880.32 | $757.26 | $3,613.95 | $6,580.67 | $581,317.21 |

| | |
|---|---|
| **Borrower:** | MARIO GERARDO CARDONA |
| **Co-Borrower:** | **CHERIE CARDONA** |
| **Property Address:** | 10810 BOGARDUS AVE |
| **Loan Number:** | *7170 |
| **Principal Balance:** | $581,317.21 |
| **Next Payment:** | <u>$3,613.95</u> **due** 12/01/2017 |

❓ <u>FAQ</u>                    🖨 <u>Print This Page</u>

## Loan Activity

**Interested in refinancing your existing mortgage or obtaining a new mortgage loan?**

Start your secure loan application through <u>BB&T Home Mortgage Direct</u>
<u>(http://www.bbt.com/bbt/mortgage)</u> or work directly with a <u>BB&T Mortgage Loan Officer</u>
<u>(http://www.bbt.com/bbtapps/mortgage/locate-mortgage-representative.aspx)</u> to complete your
application.

## Balances

| | |
|---|---|
| Current Principal Balance | $581,317.21 |
| Net Escrow Balance | $2,453.81 |
| Unpaid Late Charges | $0.00 |
| Suspense Balance | $0.00 |
| Recoverable Corporate Advance Balance | $0.00 |

## Transaction History

**Disclosure:** The amounts displayed within the transaction history reflect funds that you have paid
and do not necessarily represent funds that are due.

## Search Criteria
**In Date Range***

Last 30 days

**Search**

The transaction search results are limited to 25 months of history and a maximum of 50
transactions.

LOS ANGELES
POLICE
FEDERAL CREDIT UNION

Los Angeles Police Federal Credit Union [US] | https://patrol.lapcu.org/tob/live/usp-core/app/home

| MY ACCOUNTS | BILL PAY | TRANSFERS | ONLINE SERVICES | MY LOAN OFFERS | MANAGE MONEY | TURBO |

CHECKING *2342-S8 Change account ▼

Dec 28, 2017 - Jan 6, 2018    10 days ▼    »    Narrow by items containing    e.g. "AT&T", "check" or "5.00"

Make a transfer    Export

| Description | Deposit | Withdrawal | Balanc |
|---|---|---|---|
| /2018 | BOGARDUS Internet Access 01 / PATROL | $1,550.00 | | $3,522. |
| /2018 | Internet bill Internet Acce / PATROL | | $65.00 | $1,972. |
| /2018 | Bogardus bills Internet Acc / PATROL | $1,300.00 | | $2,037. |
| 01/03/2018 | ACH DIST FROM CARDONA, CHERIE/0103 / 18 | | | $737. |
| 01/02/2018 | Ryan day care Internet Acce / PATROL | $150.00 | | $587. |
| 01/02/2018 | BB&T MORTGAGE/BILL PAYMT/180102/PP / D | | $794.00 | $1,381. |
| 12/31/2017 | Stater bros Internet Access / PATROL | | $3,613.95 | $4,994. |
| 12/28/2017 | SO CAL GAS COMPA/BILL PAYMT/171228 / /PPD | | $168.00 | $5,162. |
| 12/28/2017 | SO CAL EDISON/BILL PAYMT/171228/PP / D | | $47.22 | $5,210. |
| | | | $271.81 | |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**3731 Wilshire Blvd., Suite 910, Los Angeles CA 90010**

A true and correct copy of the foregoing document entitled: **DECLARATION SETTING FORTH POSTPETITION, PRECONFIRMATION  PAYMENTS ON: 1) DEEDS OF TRUST [OR MORTGAGES], 2) LEASES ON PERSONAL PROPERTY, 3) PURCHASE MONEY SECURITY LIENS IN PERSONAL PROPERTY [LBR 3015-1(e) and LBR 3015-1(m)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)  **01/28/18**_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

> **US TRUSTEE (SA): ustpregion16.sa.ecf@usdoj.gov**
> **CHAPTER 13 TRUSTEE: Nancy K. Curry, ecfnc@trustee13.com**

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*)  **01/28/18**_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

> **Judge's Copy:   The Honorable Julia W. Brand**
> **255 East Temple Street, Suite 1382**
> **Los Angeles, CA 90012**

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 01/28/18 | Stella Yoon | |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.