| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Baruch C. Cohen, Esq. (SBN 159455)<br>**LAW OFFICE OF BARUCH C. COHEN, APLC**<br>4929 Wilshire Boulevard, Suite 940<br>Los Angeles CA 90010<br>(323) 937-4501 Fax (323) 937-4503<br>e-mail: baruchcohen@baruchcohenesq.com<br><br>Vincent James DeSimone, Esq. (SBN 119668)<br>**V. JAMES DESIMONE LAW**<br>13160 Mindinao Way Suite 280<br>Marina Del Rey CA 90292<br>(310) 693-5561<br>e-mail: vjdesimone@gmail.com<br><br>Kaveh Navab, Esq. (SBN 280235)<br>**NAVAB LAW**<br>13160 Mindanao Way, Ste. 280<br>Marina Del Rey CA 90292<br>(310) 826-1002<br>e-mail: Navablaw@gmail.com<br><br>☐ Individual *appearing without an attorney*<br>☒ Attorney for:  DANIEL GARZA | FOR COURT USE ONLY |

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>MARIO G. CARDONA<br><br><br><br><br><br><br>Debtor(s) | CASE NO.: 2:17-bk-22804-WB<br>CHAPTER: 13<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:**<br><br>**MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362**<br>**(Action in Nonbankruptcy Forum)** |

PLEASE TAKE NOTE that the order or judgment titled **ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (Action in Nonbankruptcy Forum)** was lodged on January 30, 2018 and is attached. This order relates to the Motion which is at docket number 24.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                              Page 1                                      **F 9021-1.2.ADV.NOTICE.LODGMENT**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Baruch C. Cohen, Esq. (SBN 159455)<br>**LAW OFFICE OF BARUCH C. COHEN, APLC**<br>4929 Wilshire Boulevard, Suite 940<br>Los Angeles CA 90010<br>(323) 937-4501 Fax (323) 937-4503<br>e-mail: baruchcohen@baruchcohenesq.com<br><br>Vincent James DeSimone, Esq. (SBN 119668)<br>**V. JAMES DESIMONE LAW**<br>13160 Mindinao Way Suite 280<br>Marina Del Rey CA 90292<br>(310) 693-5561<br>e-mail: vjdesimone@gmail.com<br><br>Kaveh Navab, Esq. (SBN 280235)<br>**NAVAB LAW**<br>13160 Mindanao Way, Ste. 280<br>Marina Del Rey CA 90292<br>(310) 826-1002<br>e-mail: Navablaw@gmail.com<br><br>☐ *Movant appearing without an attorney*<br>☒ *Attorney for Movant DANIEL GARZA* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA –** <u>LOS ANGELES</u> **DIVISION**

| In re:<br><br>MARIO G. CARDONA | CASE NO.: 2:17-bk-22804-WB<br>CHAPTER: 13 |
|---|---|
| | **ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362**<br><br>**(Action in Nonbankruptcy Forum)** |
| | DATE: 1-30-2018<br>TIME: 10:00 AM<br>COURTROOM: 1375<br>PLACE: 255 E. Temple Street, Los Angeles CA 90012 |

1. The Motion was:    ☒ Opposed    ☐ Unopposed    ☐ Settled by stipulation

2. The Motion affects the following Nonbankruptcy Action:

   Name of Nonbankruptcy Action: ***Garza vs. City of Los Angeles; Police Officer Mario Cardona; Police Chief Charlie Beck***

   Docket number: **Case No. 2:16-cv-03579-SVW-AFM**

   Nonbankruptcy court or agency where the Nonbankruptcy Action is pending:  **United States District Court - Central District of California**

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2014*                                                                 Page 1                                              **F 4001-1.RFS.NONBK.ORDER**

3. The Motion is **GRANTED** under 11 U.S.C. § 362(d)(1).

4. As to Movant, its successors, transferees and assigns, the stay of 11 U.S.C. § 362(a) is:

    a. ☒ Terminated as to the Debtor and the Debtor's bankruptcy estate.

    b. ☐ Modified or conditioned as set forth in Exhibit _____ to the Motion.

    c. ☐ Annulled retroactively to the bankruptcy petition date. Any postpetition acts taken by Movant to enforce its remedies regarding the nonbankruptcy action do not constitute a violation of the stay.

5. **Limitations on Enforcement of Judgment:** Movant may proceed in the nonbankruptcy forum to final judgment (including any appeals) in accordance with applicable nonbankruptcy law. Movant is permitted to enforce its final judgment only by *(specify all that apply)*:

    a. ☐ Collecting upon any available insurance in accordance with applicable nonbankruptcy law.

    b. ☐ Proceeding against the Debtor as to property or earnings that are not property of this bankruptcy estate.

    c. ☒ **To prosecute Movant's *Motion for Attorneys' Fees, Costs & Expenses* in the USDC per the USDC's Judgment on the Verdict for Plaintiff that specifically provides that: "damages, costs, and fees shall be determined by a later stipulation or motion."**

6. This order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of the Bankruptcy Code.

7. ☐ The co-debtor stay of 11 U.S.C. § 1201(a) or § 1301(a) is terminated, modified or annulled as to the co-debtor, on the same terms and conditions as to the Debtor.

8. ☐ The 14-day stay prescribed by FRBP 4001(a)(3) is waived.

9. ☐ This order is binding and effective in any bankruptcy case commenced by or against the Debtor for a period of 180 days, so that no further automatic stay shall arise in that case as to the nonbankruptcy action.

10. ☐ This order is binding and effective in any future bankruptcy case, no matter who the debtor may be, without further notice.

11. ☐ Other *(specify)*:

###

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2014*     Page 2     **F 4001-1.RFS.NONBK.ORDER**

# EXHIBIT "A"

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

4929 Wilshire Boulevard, Suite 940, Los Angeles, California 90010.

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On January 30, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Jaenam J Coe (Db)      coelaw@gmail.com
Baruch C Cohen (Cr)    bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
Nancy K Curry (TR)     TrusteeECFMail@gmail.com
Valerie Smith (Int)    claims@recoverycorp.com
US Trustee (LA)        ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:  On **January 30, 2018**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **-----**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **January 30, 2018** | **Baruch C. Cohen** | /s/ Baruch C. Cohen |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 2                    F 9021-1.2.ADV.NOTICE.LODGMENT