Baruch C. Cohen, Esq. (SBN 159455)
**LAW OFFICE OF BARUCH C. COHEN**
  A Professional Law Corporation
4929 Wilshire Boulevard, Suite 940
Los Angeles, California 90010
(323) 937-4501  Fax (323) 937-4503
e-mail: baruchcohen@baruchcohenesq.com

*Attorneys for Creditor DANIEL GARZA*

Jaenam J Coe, Esq.
**LAW OFFICES OF JAENAM COE PC**
3731 Wilshire Blvd Ste 910
Los Angeles, CA 90010
(213) 389-1400, FAX: (213) 387-8778
coelaw@gmail.com

*Attorney for Debtor Mario Cardona*

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>MARIO G. CARDONA,<br><br>  Debtor | Case No. 2:17-bk-22804-WB<br><br>Assigned to the Honorable Julia Brand<br><br>Chapter 13<br><br>**STIPULATION TO CONTINUE HEARING ON DEBTOR'S OBJECTION TO PROOF OF CLAIM 5-1**<br><br>***Original Hearing Date & Time:***<br>Date:  4-11-2018<br>Time:  1:30PM<br>Place:  Courtroom 1375<br><br>***Proposed Continued Hearing Date & Time:***<br>Date:  5-16- 2018<br>Time:  1:30PM<br>Place:  1375 |

**TO THE HONORABLE JULIA BRAND, UNITED STATES BANKRUPTCY COURT JUDGE, DEFENDANTS, AND ALL PARTIES-IN-INTEREST:**

This stipulation to continue the hearing on the Debtor's Objection to Proof of Claim 5-1 is entered into between the Creditor Daniel Garza ("Creditor") and Debtor Mario Cardona ("Debtor").

## RECITALS

The Debtor filed an Objection to Creditor's Proof of Claim 5-1 and scheduled the hearing for 4-11-2018 at 1:30PM.

Counsel for the Creditor is an Orthodox Jew and will be out of the country observing the Jewish holiday of Passover (which is celebrated on 3-31-2018 – 4-7-2018) and will be out of the office from 3-28-2018 – 4-9-2018. Counsel for the Creditor will not be able to timely file an Opposition by the 3-28-2018 deadline, nor will he be able to review Debtor's Reply with his client on 4-4-2018 - during the Jewish holiday.

Counsel for the Debtor has graciously extended a professional courtesy to accommodate Counsel for the Creditor's religious schedule and unavailability.

Counsel for Creditor and Debtor have met and conferred and wish to continue the hearing.

## STIPULATION

**IT IS HEREBY STIPULATED AND AGREED** that the hearing on the Debtor's Objection to Proof of Claim 5-1 shall be continued to **5-16-2018 at 1:30PM**.

DATED:   March 8, 2018    LAW OFFICE OF BARUCH C. COHEN
A Professional Law Corporation

By   /S/ Baruch C. Cohen
Baruch C. Cohen, Esq.
*Attorneys For Creditor DANIEL GARZA*

DATED:   March 8, 2018    LAW OFFICES OF JAENAM COE PC

By   /S/ Jaenam J Coe
Jaenam J Coe, Esq.
*Attorneys For Debtor MARIO G. CARDONA*

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**4929 Wilshire Boulevard, Suite 940, Los Angeles CA 90010**

A true and correct copy of the foregoing document entitled **STIPULATION TO CONTINUE HEARING ON DEBTOR'S OBJECTION TO PROOF OF CLAIM 5-1** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On March 8, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Jaenam J Coe (Db)   coelaw@gmail.com
Baruch C Cohen (Cr)   bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
Nancy K Curry (TR)   TrusteeECFMail@gmail.com
Valerie Smith (Int)   claims@recoverycorp.com
U S Trustee (LA)   ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On **March 8, 2018**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **March 8, 2018**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Hon. Julia W. Brand, Roybal Federal Bldg. & Courthouse, 255 E. Temple St, Ste 1382, Los Angeles CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **March 8, 2018** | **Baruch C. Cohen** | /s/ Baruch C. Cohen |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**