JAENAM COE (SBN #175920)
LAW OFFICES OF JAENAM COE PC
3731 Wilshire Blvd. Suite 910
Los Angeles, CA 90010
Telephone: 213-389-1400
Telefax: 213-387-8778
Attorney for Debtor

**FILED & ENTERED**

MAR 08 2018

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY johnson DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA-LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>MARIO G. CARDONA<br><br>Debtor. | Case No.: 2:17-bk-22804-WB<br><br>Chapter 13<br><br>**ORDER ON DEBTOR'S OBJECTION TO CLAIM NO: 5-1 BY CREDITOR DANIEL GARZA**<br><br>Hearing Date: 02/28/2018<br>Hearing Time: 1:30 p.m.<br>Ctrm:         1375 |

The Court having considered the Debtor's Objection to the proof of claim filed with the Court's Claims Register by Daniel Garza (Claim No. 5) and finding that service of the claim objection was improper,

IT IS HEREBY ORDERED that the Debtor's Objection is overruled without prejudice.

###

Date: March 8, 2018

*Julia W Brand*
Julia W. Brand
United States Bankruptcy Judge

-1-