United States Bankruptcy Court
Central District of California

In re:                                                                Case No. 17-22804-WB
Mario G. Cardona                                                      Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2    User: admin              Page 1 of 1              Date Rcvd: Mar 23, 2018
                       Form ID: pdf042           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2018.
db             +Mario G. Cardona,    10810 Bogardus Avenue,    Whittier, CA 90603-3146

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2018 at the address(es) listed below:
     Baruch C Cohen    on behalf of Creditor Daniel  Garza bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
     Baruch C Cohen    on behalf of Interested Party    Courtesy NEF bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
     Jaenam J Coe    on behalf of Debtor Mario G. Cardona coelaw@gmail.com
     Nancy K Curry (TR)    TrusteeECFMail@gmail.com
     United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
     Valerie  Smith    on behalf of Interested Party    Courtesy NEF claims@recoverycorp.com
                                                                                    TOTAL: 6

Baruch C. Cohen, Esq. (SBN 159455)
**LAW OFFICE OF BARUCH C. COHEN**
     A Professional Law Corporation
4929 Wilshire Boulevard, Suite 940
Los Angeles, California 90010
(323) 937-4501          Fax (323) 937-4503
e-mail: baruchcohen@baruchcohenesq.com

*Attorneys for Creditor DANIEL GARZA*

Jaenam J Coe, Esq.
**LAW OFFICES OF JAENAM COE PC**
3731 Wilshire Blvd Ste 910
Los Angeles, CA 90010
(213) 389-1400, FAX: (213) 387-8778
coelaw@gmail.com

*Attorney for Debtor Mario Cardona*

**FILED & ENTERED**

**MAR 23 2018**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY kaaumoan DEPUTY CLERK

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>MARIO G. CARDONA,<br><br>        Debtor | Case No.  2:17-bk-22804-WB<br><br>Assigned to the Honorable Julia Brand<br><br>Chapter 13<br><br>**ORDER APPROVING STIPULATION TO CONTINUE HEARING ON DEBTOR'S OBJECTION TO PROOF OF CLAIM 5-1**<br><br>*__Hearing Date & Time:__*<br>Date:       ~~5-16- 2018~~ *4/11/2018*<br>Time:       1:30PM<br>Place:       1375 |

The Court has considered the *Stipulation to Continue Hearing on Debtor's Objection to Proof of Claim 5* (the "Stipulation") between the Creditor Daniel Garza ("Creditor") and Debtor Mario Cardona ("Debtor").

-1-

Based upon the Stipulation and good cause appearing therefor,

**IT IS HEREBY ORDERED** that:

The hearing on Debtor's Objection to Proof of Claim 5 shall be continued to **5-16-2018 at 1:30PM**.

###

Date: March 23, 2018

Julia W. Brand
United States Bankruptcy Judge

-2-

Baruch C. Cohen, Esq. (SBN 159455)
**LAW OFFICE OF BARUCH C. COHEN**
      A Professional Law Corporation
4929 Wilshire Boulevard, Suite 940
Los Angeles, California 90010
(323) 937-4501        Fax (323) 937-4503
e-mail: baruchcohen@baruchcohenesq.com

*Attorneys for Creditor DANIEL GARZA*

Jaenam J Coe, Esq.
**LAW OFFICES OF JAENAM COE PC**
3731 Wilshire Blvd Ste 910
Los Angeles, CA 90010
(213) 389-1400, FAX: (213) 387-8778
coelaw@gmail.com

*Attorney for Debtor Mario Cardona*

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>MARIO G. CARDONA,<br><br>      Debtor | Case No. 2:17-bk-22804-WB<br><br>Assigned to the Honorable Julia Brand<br><br>Chapter 13<br><br>**STIPULATION TO CONTINUE HEARING ON DEBTOR'S OBJECTION TO PROOF OF CLAIM 5-1**<br><br>*<u>Original Hearing Date & Time:</u>*<br>Date:    4-11-2018<br>Time:    1:30PM<br>Place:    Courtroom 1375<br><br>*<u>Proposed Continued Hearing Date & Time:</u>*<br>Date:    5-16- 2018<br>Time:    1:30PM<br>Place:    1375 |

-1-

|   |   |
|---|---|
| 1 | TO THE HONORABLE JULIA BRAND, UNITED STATES BANKRUPTCY |
| 2 | COURT JUDGE, DEFENDANTS, AND ALL PARTIES-IN-INTEREST: |
| 3 | This stipulation to continue the hearing on the Debtor's Objection to Proof of Claim 5-1 is |
| 4 | entered into between the Creditor Daniel Garza ("Creditor") and Debtor Mario Cardona ("Debtor"). |
| 5 | **RECITALS** |
| 7 | The Debtor filed an Objection to Creditor's Proof of Claim 5-1 and scheduled the hearing |
| 8 | for 4-11-2018 at 1:30PM. |
| 9 | Counsel for the Creditor is an Orthodox Jew and will be out of the country observing the |
| 10 | Jewish holiday of Passover (which is celebrated on 3-31-2018 – 4-7-2018) and will be out of the |
| 11 | office from 3-28-2018 – 4-9-2018. Counsel for the Creditor will not be able to timely file an |
| 13 | Opposition by the 3-28-2018 deadline, nor will he be able to review Debtor's Reply with his client |
| 14 | on 4-4-2018 - during the Jewish holiday. |
| 15 | Counsel for the Debtor has graciously extended a professional courtesy to accommodate |
| 16 | Counsel for the Creditor's religious schedule and unavailability. |
| 18 | Counsel for Creditor and Debtor have met and conferred and wish to continue the hearing. |
| 19 | **STIPULATION** |
| 20 | **IT IS HEREBY STIPULATED AND AGREED** that the hearing on the Debtor's |
| 21 | Objection to Proof of Claim 5-1 shall be continued to **5-16-2018 at 1:30PM**. |

DATED: March 8, 2018

LAW OFFICE OF BARUCH C. COHEN
A Professional Law Corporation

By ___/S/ Baruch C. Cohen___
Baruch C. Cohen, Esq.
*Attorneys For Creditor DANIEL GARZA*

DATED: March 8, 2018

LAW OFFICES OF JAENAM COE PC

By ___/S/ Jaenam J Coe___
Jaenam J Coe, Esq.
*Attorneys For Debtor MARIO G. CARDONA*

-2-

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**4929 Wilshire Boulevard, Suite 940, Los Angeles CA 90010**

A true and correct copy of the foregoing document entitled **STIPULATION TO CONTINUE HEARING ON DEBTOR'S OBJECTION TO PROOF OF CLAIM 5-1** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On March 8, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Jaenam J Coe (Db)    coelaw@gmail.com
Baruch C Cohen (Cr)  bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
Nancy K Curry (TR)   TrusteeECFMail@gmail.com
Valerie Smith (Int)  claims@recoverycorp.com
U S Trustee (LA)     ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**: On **March 8, 2018**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **March 8, 2018**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Hon. Julia W. Brand, Roybal Federal Bldg. & Courthouse, 255 E. Temple St, Ste 1382, Los Angeles CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 8, 2018 | Baruch C. Cohen | /s/ Baruch C. Cohen |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                              F 9013-3.1.PROOF.SERVICE