JAENAM COE  (SBN #175920)
LAW OFFICES OF JAENAM COE PC
3731 Wilshire Blvd. Suite 910
Los Angeles, CA  90010
Telephone:  213-389-1400
Telefax:     213-387-8778
Attorneys for Debtor,
Mario Cardona

# UNITED STATES BANKRUPTCY COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>MARIO G. CARDONA<br><br><br>Debtor. | CHAPTER 13 CASE NO.<br>2:17-bk-22804WB<br><br>**VOLUNTARY WITHDRAWAL OF MOTION: OBJECTION TO CLAIM BY DANEIL GARZA**<br><br>HEARING DATE: 10/17/2018<br>TIME: 1:30 P.M.<br>COURTROOM: 1375 |

TO THE HONORABLE JULIA BRAND AND ALL INTERESTED PARTIES:

    Mario G. Cardona, the debtor herein, by his attorney of record, withdraws the objection to Proof claim by Daniel Garza at this time.

Dated: September 10, 2018          LAW OFFICES OF JAENAM COE PC

                                                              By:_____/s/ Jaenam Coe_____
                                                                       JAENAM COE
                                                                       Attorneys for Debtor

-1-

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

3731 Wilshire Blvd. Suite 910, Los Angeles, CA 90010

A true and correct copy of the foregoing document entitled: WITHDRAWAL OF DEBTOR'S OBJECTION TO PROOF OF CLAIM BY CREDITOR DANIEL GARZA _ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b) 1**in. t**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)

09/10/2018 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
Chapter 13 Trustee: Nancy K Curry, TrusteeECFMail@gmail.com
bcc@BaruchCohenEsq.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 09/10/2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Judge's Copy: Honorable Julia W. Brand
US BANKRUPTCY COURT Bin outside of Suite 1375
255 E. Temple St Los Angeles, CA 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 09/10/2018 | Tae Coe | /s/Tae Coe |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                                            Page 2